UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ERIC D. FINKELSTEIN, | ) | Case No. 07-12926-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### Trustee's Final Report

To:   The Honorable Pamela S. Hollis
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on July 19, 2007 and Joseph A. Baldi was appointed Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of February 5, 2009 is as follows:
   a.   RECEIPTS (See Exhibit C)                            $4,502.48
   b.   DISBURSEMENTS (See Exhibit C)                          $0.00
   c.   NET CASH available for distribution                 $4,502.48
   d.   TRUSTEE/PROFESSIONAL COSTS:
        1.   Trustee compensation requested                 $1,125.62
        2.   Trustee Expenses                                  $49.40

5. The Bar Date for filing unsecured claims expired on January 2, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,175.02 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $48,906.63 |

7. Trustee proposes that unsecured creditors, <u>with timely filed claims</u>, receive a distribution of 8.46% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee* | $0.00 | $1,125.62 | $49.40 |

9. A fee of $1,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: __February 12, 2009__   /s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

## EXHIBIT A
### TASKS PERFORMED BY TRUSTEE

1. Trustee examined the Debtor pursuant to 11 U.S.C. §341.
2. Trustee obtained Court approval to sell the Debtor's interest in an automobile and collected the proceeds from said sale.
3. Trustee opened a trust account at Bank of America, invested funds in an interest-bearing money market account and maintained a ledger for the account.
4. Trustee has reviewed the claims and finalized all claim matters.
5. All interim reports and this final report were prepared by the Trustee.

EXHIBIT A

Form I

Individual Estate Property Record and Report

EXHIBIT B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No: 07-12926   PSH   Judge: Pamela S. Hollis
Case Name: FINKELSTEIN, ERIC D

For Period Ending: 02/05/09

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 07/19/07 (f)
341(a) Meeting Date: 08/16/07
Claims Bar Date: 01/02/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT @ TCF BANK | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. NECESSARY AND NORMAL HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. NECESSARY AND NORMAL WEARING APPAREL | 325.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| no value | | | | | |
| 5. STOCK | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. 1996 CHEVROLET CAPRICE | 4,650.00 | 0.00 | | 0.00 | FA |
| received Carmax appraisal for $750, debtor amended Schedule C to claim exempt | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. 1992 MERCEDES-BENZ 500 SEL | 8,125.00 | 4,500.00 | | 4,500.00 | FA |
| received appraisal from Carmax for $7,000. Debtor amended Schedule C to claim $1,650 exemption in vehicle, agreed to pay trustee $4,500 for vehicle | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.48 | Unknown |

TOTALS (Excluding Unknown Values)   $14,000.00   $4,500.00         $4,502.48

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1                                                                                                                    Ver. 14.21

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | |
|---|---|
| Case No: 07-12926  PSH  Judge: Pamela S. Hollis | |
| Case Name: FINKELSTEIN, ERIC D. | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 07/19/07 (f) |
| 341(a) Meeting Date: | 08/16/07 |
| Claims Bar Date: | 01/02/08 |

TR investigated value of Debtor's interest in multiple motor vehicles and discovered potential equity. Bar date set. TR sold automobile back to debtor. Claims have been reviewed. Final report drafted, will finalize and submit to UST

Initial Projected Date of Final Report (TFR): 03/31/08    Current Projected Date of Final Report (TFR): 03/31/09

LFORM1

Ver 14.21

Form II

Estate Cash Receipts and Disbursements Record

EXHIBIT C

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-12926 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | FINKELSTEIN, ERIC D | | Bank Name: | Bank of America, N.A |
| | | | Account Number / CD #: | 4429236008 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2563 | | | |
| For Period Ending | 02/05/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/07/08 | 7 | Eric D. Finkelstein Washington Mutual Bank Check | Proceeds of Sale of Auto to Debtor | 3,500.00 | | | | | 3,500.00 |
| 07/07/08 | 7 | Eric D. Finkelstein Cole Taylor Certified Check | Proceeds of Sale of Auto to Debtor | 1,000.00 | | | | | 4,500.00 |
| 07/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | | 0.33 | | | | 4,500.33 |
| 08/29/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | | 0.56 | | | | 4,500.89 |
| 09/30/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | | 0.56 | | | | 4,501.45 |
| 10/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | | 0.44 | | | | 4,501.89 |
| 11/28/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | | 0.36 | | | | 4,502.25 |
| 12/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.010 | | 0.23 | | | | 4,502.48 |

| Account  4429236008 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 Deposits | | 4,500.00 | 0 Checks | | 0.00 |
| 6 Interest Postings | | 2.48 | 0 Adjustments Out | | 0.00 |
| | | | 0 Transfers Out | | 0.00 |
| | Subtotal | $ 4,502.48 | | | |
| | | | Total | $ | 0.00 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| | Total | $ 4,502.48 | | | |

LFORM2XT

Ver. 14.21

FORM 2

Page 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-12926 -PSH | | Trustee Name: | Joseph A Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | FINKELSTEIN, ERIC D | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429236008 Money Market Account (Interest Earn) |
| Taxpayer ID No: | *******2563 | | | |
| For Period Ending: | 02/05/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Ver 14.21

LFORM2XT

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ERIC D. FINKELSTEIN, | ) | Case No. 07-12926-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,175.02 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $3,327.46 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$4,502.48** |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,175.02 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,125.62 | $1,125.62 |
|  | Joseph A. Baldi, Trustee *Trustee Expenses* | $49.40 | $49.40 |
|  | **CLASS TOTALS** | **$1,175.02** | **$1,175.02** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 39,348.43 | 8.46% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>*General Unsecured 726* | $2,594.41 | $219.39 |
| 000002 | American Express Bank FSB<br>*Payments to Unsecured Credit Card Holders* | $1,674.11 | $141.57 |
| 000003 | US Bank NA/ Retail Payment Solution<br>*Payments to Unsecured Credit Card Holders* | $9,659.86 | $816.88 |
| 000004 | American Express Centurion Bank<br>*Payments to Unsecured Credit Card Holders* | $3,218.17 | $272.14 |
| 000005 | Capital Recovery II Assignee<br>*Payments to Unsecured Credit Card Holders* | $741.79 | $62.73 |
| 000006 | E*Trade<br>*Payments to Unsecured Credit Card Holders* | $21,460.09 | $1,814.75 |
| | **CLASS TOTALS** | **$39,348.43** | **$3,327.46** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 9,558.20 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000007 | American Infosource LP As Agent<br>*Tardy General Unsecured 726* | $7,897.37 | $0.00 |
| 000008 | American Infosource LP As Agent<br>*Tardy General Unsecured 726* | $1,660.83 | $0.00 |
| | **CLASS TOTALS** | **$9,558.20** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __February 12, 2009__          ___/s/Joseph A. Baldi, Trustee___