UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ERIC D. FINKELSTEIN, | ) | Case No. 07-12926-PSH |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE PAMELA S. HOLLIS
      UNITED STATES BANKRUPTCY JUDGE

NOW COMES Joseph A. Baldi, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,125.62 as compensation and $49.40 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $4,502.48. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | |
|---|---|
| 25% of the First $4,502.48 | $1,125.62 |
| TOTAL COMPENSATION | $1,125.62 |

### II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Postage—motion to sell (95 @ $.42) | $39.90 |
| Copies—motion to sell (95 pages @ $.10 per page) | $9.50 |
| TOTAL EXPENSES | $49.40 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 12th day of February, 2009.

/s/Joseph A. Baldi, Trustee
JOSEPH A. BALDI, TRUSTEE
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

**Joseph A. Baldi & Associates, P. C.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

Joseph A. Baldi, trustee

February 5, 2009
Invoice No:   0

In Reference to:   *Finkelstein - Trustee Matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/01/2008 | ECB1 | Prep 2007 Annual Report for UST | 1.00<br>$160.00/ hr | $160.00 |
| 7/07/2008 | ECB1 | Prep deposits for car sale to Debtor; Open new bank account | 0.20<br>$160.00/ hr | $32.00 |
| 7/07/2008 | JAB | Review file, review claims and allow same. | 1.00<br>$400.00/ hr | $400.00 |
| 7/07/2008 | JAB | Prepare motion to sell auto to debtor, order and notice. Prepare letter to debtor's attorney re agreement on sale, motion, delivery of payment. | 2.00<br>$400.00/ hr | $800.00 |
| 8/13/2008 | ECB1 | Process JY08 Bank Statements and reconcile TR bank accounts | 0.20<br>$160.00/ hr | $32.00 |
| 8/27/2008 | JAB | Attend Finkelstein Motion to Sell Car to debtor | 0.50<br>$400.00/ hr | $200.00 |
| 8/27/2008 | JAB | Prepare final report and accompanying documents, review fee application for trustee, confer with ECB on filing same. | 1.00<br>$400.00/ hr | $400.00 |
| 9/15/2008 | ECB1 | Process August 08 bank statements (.1) Reconcile TR Bank Accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 10/07/2008 | ECB1 | Conduct 3rd Quarter review for UST office and meet with TR and discuss status of claims review and case closing | 0.20<br>$160.00/ hr | $32.00 |
| 10/22/2008 | ECB1 | Process Sept 08 bank statements and reconcile TR bank accounts | 0.10<br>$160.00/ hr | $16.00 |
| 12/01/2008 | ECB1 | Process Oct 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 12/11/2008 | ECB1 | Process Nov 08 bank statements; reconcile trustee bank accounts | 0.10<br>$150.00/ hr | $15.00 |

EXHIBIT A

**Joseph A. Baldi & Associates, P. C.**  2/05/2009

Finkelstein - Trustee Matters

Page   2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/05/2009 | ECB | Confer with RKP re preparation of TR's 2008 annual cases report for submission to UST | 0.10 $160.00/ hr | $16.00 |
| 1/28/2009 | RKP | Prepare Trustee's Annual Report as required by UST | 0.00 $150.00/ hr | $0.00 |
| 1/29/2009 | ECB1 | Process Dec 08 Bank statements; Reconcile TR accounts | 0.10 $160.00/ hr | $16.00 |
| 2/05/2009 | RKP | Prepare Trustee's Final Fee Application (.30); prepare proposed distribution report (.30); prepare Trustee's final report (.50); prepare notice of final hearing (.30); review and edit final report package (.30); compile documents as needed for submission to UST (.30). | 2.00 $150.00/ hr | $300.00 |

Total Hours   8.90   Total Fees   $2,483.00

**Joseph A. Baldi & Associates, P. C.**  2/05/2009

Finkelstein - Trustee Matters  Page  3

---

### *Expenses*

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 7/08/2008 | COPY | Notice of Trustee's Application for Authority to Sell Estate's Interest in Personal Property to Debtor | 95.00 @ $0.10/each | $9.50 |
| 7/08/2008 | POSTAGE | Mailing envelopes for Notice of Trustee's Application for Authority to Sell Estate's Interest in Personal Property to Debtor | 95.00 @ $0.42/each | $39.90 |

|  |  |
|---|---|
| Total Expenses | $49.40 |
| Total New Charges | $2,532.40 |
| Previous Balance | $0.00 |
| Balance Due | $2,532.40 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.10 | $160.00 |
| Elizabeth (1) C Berg | 2.20 | $160.00 |
| Elizabeth (1) C Berg | 0.10 | $150.00 |
| Joseph A Baldi | 4.50 | $400.00 |
| Ricki K Podorovsky | 2.00 | $150.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| ERIC D. FINKELSTEIN, ) | Case No. 07-12926-PSH |
| ) | |
| Debtor. ) | Hon. Pamela S. Hollis |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for First and Final Allowance and Payment of Compensation and Expense Reimbursement of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not previously received payment of any compensation for services rendered in connection with this case. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates a law firm at which I was employed during the pendency of this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on February 12, 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

EXHIBIT
B