UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ERIC D. FINKELSTEIN, ) | Case No. 07-12926-PSH | |
| Debtor. ) | Hon. Pamela S. Hollis | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 644, Chicago, Illinois

    On: **April 2, 2009**   Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts $4,502.48

    Disbursements $0.00

    Net Cash Available for Distribution $4,502.48

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee *Trustee Compensation* | $0.00 | $1,125.62 | $49.40 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  NONE

7. Claims of general unsecured creditors totaling $48,906.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 6.80%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Roundup Funding, LLC | $2,594.41 | $219.39 |
| 000002 | American Express Bank FSB | $1,674.11 | $141.57 |
| 000003 | Us Bank NA/ Retail Payment Solution | $9,659.86 | $816.88 |
| 000004 | American Express Centurion Bank | $3,218.17 | $272.14 |
| 000005 | Capital Recovery Ii, Assignee | $741.79 | $62.73 |
| 000006 | E*trade | $21,460.09 | $1,814.75 |
| 000007 | American Infosource LP As Agent | $7,897.37 | $0.00 |
| 000008 | American Infosource LP As Agent | $1,660.83 | $0.00 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:  NONE

Dated: **March 4, 2009**                                  For the Court,

                                        By:  **KENNETH S. GARDNER**
                                             Kenneth S. Gardner
                                             Clerk of the U.S. Bankruptcy Court
                                             219 S. Dearborn, 7th Floor
                                             Chicago, Illinois  60604

Trustee:     Joseph A. Baldi
Address:     Suite 1500
             19 South Lasalle Street
             Chicago, IL  60603
Phone No.:   (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Mar 04, 2009
Case: 07-12926                 Form ID: pdf002              Total Served: 100

The following entities were served by first class mail on Mar 06, 2009.
db          +Eric D. Finkelstein,    8343 Trumbull Ave.,    Skokie, IL 60076-2964
11491545    +A.M. Miller and Associates,    3033 Excesior Boulevard,    PO Box 1092,
              Minneapolis, Minnesota 55440-1092
13072859    +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11491546    +Academy Collection Services, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3294
11491547    +Accelerated Bureau of Collections of Ohi,    4770 Duke Dr.,    Suite 300,    Mason, OH 45040-9873
11491548    +Account Solutions Group,    205 Bryant Woods South,    Amherst, NY 14228-3609
11491549     Alliance One,    PO Box 21882,    Eagan, MN 55121-0882
11491550    +Allied Interstate,    PO Box 361597,    Columbus, OH 43236-1597
11491551     American Express,    P.O. Box 297884,    Ft. Lauderdale, FL 33329-7884
11704221     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11704260     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11491552     Arrow Financial Services, LLC,    5996 West Touhy Ave.,    Niles, IL 60714-4610
11491554    +Associated Recovery Systems,    201 W. Grand Avenue,    Escondido, CA 92025-2603
11491555    +Baker, Miller, Markoff & Krasny, LLC,    29 N. Wacker Dr.,    Stop 5,    Chicago, IL 60606-2851
11491556    +Bank Of America,    PO BOX 1390,    Nerfolk, VA 23501-1390
11491557    +Biehl & Biehl,    PO Box 66415,    Chicago, IL 60666-0415
11491558    +Blatt, Hasenmiller, Leibsker & Moore,    125 South Wacker Drive,    Suite 400,
              Chicago, IL 60606-4440
11491559    +Bonded Collection Corp.,    29 E. Madison Street,    Suite 1650,    Chicago, IL 60602-4435
11491560     Bureau Collection Recovery,    7525 Michell Rd.,    Minneapolis, MN  55344
11491565     CBT Credit Services,    P.O. Box 1508,    Maumnee, OH 43537-8508
11491567    +CIC Plan,    304 15th Street,    Des Moines, Iowa 50309-3436
11491572    +CRC Collection Services,    PO Box 52188,    Phoenix, AZ 85072-2188
11491561     Capital Acquisitions and Management Comp,    PO BOX 5247,    Rockford, IL 61125-0247
11491562    +Capital Management Services, Inc.,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
11491563     Capital One,    PO Box 85015,    Richmond, VA  23285-5015
11491564    +Cavalry Portfolio Services,    PO Box 1030,    Hawthorne, NY 10532-7509
11491566    +Chase,    PO BOX 15678,    Wilmington, DE 19850-5678
11491568    +Citi Cards,    P.O. Box 6003,    Hagerstown, MD 21747-6003
11491569    +Coldata, Inc.,    1979 Marcus Ave.,    Lake Success, NY 11042-1002
11491570     Collectcorp,    PO BOX 100789,    Birmingham, AL 35210-0789
11491571    +Continental Credit Services,    550 Kirkland Way,    Kirkland, WA 98033-6297
11491573    +Credit Convertors,    1500 Commerce Drive,    Mendota Heights, MN 55120-1023
11491574     Creditone, LLC,    PO Box 1273,    Metaire, LA  70004-1273
11491575     Creditors Financial Group,    PO BOX 440290,    Aurora, CO 80044-0290
11491576     Creditors Interchange Inc.,    PO BOX 1335,    Buffalo NY 14240-1335
11837161    +E*Trade,    Po Box 23356,    Pittsburgh , PA 15222-6356
11491577    +E*Trade Credit Card,    671 N. Glebe Rd.,    Arlington, VA 22203-2120
11491579    +EMCC,    c/o HSBC,    33 Riverside Drive,    Pembroke, MA 02359-1954
11491582     ER Solutions, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
11491580    +Encore Receivable Management,    400 N. Rogers Rd.,    Olathe, KS 66062-1212
11491581     Enhanced Recovery Corp.,    1422-A East 71st Street,    Tulsa, OK 74136-5060
11491583    +FIA Card Services,    c/o Mann Bracken,    2727 Paces Ferry Road,    One Paces West, 14th Floor,
              Atlanta, GA 30327-2734
11491589    +FMA Enterprises, Inc,    11811 North Freeway,    Houston, TX 77060-3245
11491584    +Financial  Management Contro,    PO Box 2187,    Hollywood, FL 33303-2187
11491585    +Financial  Management Systems,    PO Box 681535,    Schaumburg, IL 60168-1535
11491586    +Financial Credit Services,    PO Box 1211,    Palatine, IL 60078-1211
11491587    +First National Collection Bureau, Inc.,    3631 Warren Way,    Reno, NV 89509-5241
11491588     First Performance Recovery Corp.,    4901 NW 17th Way,    Suite 201,
              Fort Lauderdale, FL 33309-3771
11491590    +Frank Perez-Siam,    1926 Hollywood Blvd.,    Suite 212,    Hollywood, FL 33020-4538
11491591    +Gertler & Gertler,    415 N. LaSalle,    Suite 402,    Chicago, IL 60654-2742
11491592     Great Lakes Collection Bureau,    Processing Center,    PO Box 2131,    Buffalo, NY 14240-2131
11491593    +Harris & Harris,    600 W. Jackson,    Suite 700,    Chicago, IL 60661-5629
11491594    +Joseph  H. Belzer,    Lake Calhoun Executive Center,    PO Box 1059,
              Minneapolis, Minnesota 55440-1059
11491599    +LTD Financial Services, LP,    7322 Southwest Freeway, Ste 160,    Houston, TX 77074-2083
11491598     Law Office of Weltman, Weinberg, & Reis,    PO Box 93596,    Cleveland, OH 44101-5596
11491595    +Law office of James A. West,    3100 South Gessner,    Suite 630,    Houston, TX 77063-3760
11491596    +Law office of Lawrence A. Hecker,    650 College Road East,    Suite 1800,
              Princeton, NJ 08540-6603
11491600    +MBNA America,    PO Box 17054,    Wilmington, DE 19884-0001
11491601    +Merchants’ Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6993
11491602    +Midland Credit Management,    PO Box 939019,    San Diego, CA 92193-9019
11491606    +NCC,    120 N. Keyser Ave.,    Scranton, PA 18504-9701
11491607    +NCO Financial,    PO Box 15630,    Dept 27,    Wilmington, DE 19850-5630
11491604    +National Financial Systems,    PO Box 9046,    Hicksville, KY 11802-9046
11491605     Nationwide Credit Inc.,    2015 Vaughn Road,    Building 400,    Kennesaw, GA 30144-7802
11491608    +North  Shore Radiology,    Dept 77-6851,    Chicago, IL 60678-0001
11491609    +Northland Group, Inc.,    PO Box 390846,    Edina, MN 55439-0846
11491610    +OSI Collection Services,    PO Box 959,    Brookfield, WI 53008-0959
11491611    +Performance Capital Management,    15641 Red Hill,    Suite 205,    Tustin, CA 92780-7323
11491612    +Professional Credit Service,    PO Box 397,    Farmingdale, NY 11735-0397
11491613    +RAB Inc.,    7000 Goodlett Farms Parkway,    Memphis, TN 38016-4916
11491618     RSI,    P.O. Box 23070,    Albuquerque, NM 87192-1070
11491614    +Redline Recovery Services,    2350 North Forest Road,    Suite 31B,    Getzville, NY 14068-1398
11491615    +Resurgence Financial,    4100 Commercial Ave.,    Northbrook, IL 60062-1833
11491616    +Risk Management Alternatives, Inc.,    PO Box 105291,    Atlanta, GA 30348-5291
11491617    +Robert B. Shulman M.D.,    9669 Kenton Ave.,    Suite 209,    Skokie, IL 60076-1226
11491620    +Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Mar 04, 2009
Case: 07-12926                Form ID: pdf002          Total Served: 100

11491621     +Shell,    PO BOX 6003,    Hagerstown, MD 21747-6003
11491622     +Sparacio & Allen,    27 E. Monroe,    Suite 1000,    Chicago, IL 60603-5643
11491623      Sprint PCS,    PO BOX 2195854,    Kansas City, MO 64121-9554
11491624     +State Farm Financial Services,    3 State Farm Plaza,    Bloomington, IL 61791-0002
11491625      Surpas Resource Corporation,    3120 Hayes Rd.,    Suite 200,    Houston, TX 77082-2622
11491626     +Target,    Retailer's National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
11491627      The CBE Group,    Payment Processing Center,    PO BOX 3251,    Milwaukee, WI 53201-3251
11491628     +The Credit Store,    P.O. Box 5239,    Sioux Falls, SD 57117-5239
11491629      Tsys Total Debt Management, Inc.,    P.O. Box 6700,    Norcross, GA 30091-6700
11491631    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO BOX 108,    St. Louis, MO 63166)
11491578    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Elan,    P.O. Box 108,    St. Louis, MO 63166-9801)
11702887     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229
11491630      United Recovery Systems,    PO Box 722910,    Houston, TX 77272-2910
11491632      Van Ru Credit Corporation,    PO Box 498,    Park Ridge, IL 60068-0498
11491633     +Walgreens,    PO Box 4000,    Danville, IL 61834-4000
11491634     +Wallace & De Mayo,    6356 Corley Road,    Norcross, Georgia 30071-1704

The following entities were served by electronic transmission on Mar 05, 2009.
11491553      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance Corp.,
               PO Box 2036,    Warren, MI 48090-2036
12657800     +E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2009 08:40:46      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11491597     +E-mail/Text: ebn@phinsolutions.com                           Law Office of Mitchell N. Kay,
               PO Box 2374,    Chicago, IL 60690-2374
11491603     +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2009 08:40:34      Montgomery Wards,    PO Box 103055,
               Roswell, GA 30076-9055
12657801      E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2009 08:40:38
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11816542     +E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2009 08:40:52
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAMS CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11670142      E-mail/PDF: BNCEmails@blinellc.com Mar 05 2009 07:49:33      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
11491619     +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2009 08:40:31      Sam's Club,    PO Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2009**            **Signature:**   *Joseph Speetjens*