UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-12926 |
| FINKELSTEIN, ERIC D. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Best Buy | | | | | |
| Biehl & Biehl | | | | | |
| Bonded Collection Corp | | | | | |
| Capital One | | | | | |
| Cavalry Portfolio Serv. | | | | | |
| Cellular One | | | | | |
| Cellular One | | | | | |
| Chase | | | | | |
| Citibank | | | | | |
| Citicards | | | | | |
| Discover | | | | | |
| Midwest Neurology Associates | | | | | |
| Montgomery Wards | | | | | |
| Northshore Radiology | | | | | |
| Robert Shulman, M.D. | | | | | |
| Sears | | | | | |
| Shell | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Farm Financial | | | | | |
| Walgreens | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CAPITAL RECOVERY II, ASSIGNEE | | | | | |
| E*TRADE | | | | | |
| US BANK NA/ RETAIL PAYMENT SOLUTION | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

Case 07-12926 Doc 38 Filed 06/08/09 Entered 06/08/09 06:33:44 Desc Main
Document Page 7 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 07-12926 PSH Judge: Pamela S. Hollis  Trustee Name: Joseph A. Baldi, Trustee
Case Name: FINKELSTEIN, ERIC D.  Date Filed (f) or Converted (c): 07/19/07 (f)
  341(a) Meeting Date: 08/16/07
For Period Ending: 05/26/09  Claims Bar Date: 01/02/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT @ TCF BANK | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. NECESSARY AND NORMAL HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. NECESSARY AND NORMAL WEARING APPAREL | 325.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| no value | | | | | |
| 5. STOCK | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. 1996 CHEVROLET CAPRICE | 4,650.00 | 0.00 | | 0.00 | FA |
| received Carmax appraisal for $750, debtor amended Schedule C to claim exempt | | | | | |
| Debtor Claimed Exemption | | | | | |
| 7. 1992 MERCEDES-BENZ 500 SEL | 8,125.00 | 4,500.00 | | 4,500.00 | FA |
| received appraisal from Carmax for $7,000. Debtor amended Schedule C to claim $1,650 exemption in vehicle, agreed to pay trustee $4,500 for vehicle. | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.61 | Unknown |
| TOTALS (Excluding Unknown Values) | $14,000.00 | $4,500.00 | | $4,502.61 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1
UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.30d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-12926   PSH   Judge: Pamela S. Hollis | Trustee Name:   Joseph A. Baldi, Trustee |
| Case Name: | FINKELSTEIN, ERIC D. | Date Filed (f) or Converted (c):   07/19/07 (f) |
| | | 341(a) Meeting Date:   08/16/07 |
| | | Claims Bar Date:   01/02/08 |

TR investigated value of Debtor's interest in multiple motor vehicles and discovered potential equity.  Bar date set.  TR sold automobile back to debtor.  Claims have been reviewed.  Final report drafted, will finalize and submit to UST

Initial Projected Date of Final Report (TFR): 03/31/08     Current Projected Date of Final Report (TFR): 03/31/09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-12926 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | FINKELSTEIN, ERIC D. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6008  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2563 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/08 | 7 | Eric D. Finkelstein<br>Washington Mutual Bank Check | Proceeds of Sale of Auto to Debtor | 1129-000 | 3,500.00 | | 3,500.00 |
| 07/07/08 | 7 | Eric D. Finkelstein<br>Cole Taylor Certified Check | Proceeds of Sale of Auto to Debtor | 1129-000 | 1,000.00 | | 4,500.00 |
| 07/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.33 | | 4,500.33 |
| 08/29/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.56 | | 4,500.89 |
| 09/30/08 | 8 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.56 | | 4,501.45 |
| 10/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.44 | | 4,501.89 |
| 11/28/08 | 8 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.36 | | 4,502.25 |
| 12/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 4,502.48 |
| 01/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,502.52 |
| 02/27/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,502.55 |
| 03/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,502.59 |
| 04/09/09 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,502.61 |
| 04/09/09 | | Transfer to Acct #*******6134 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecbApril 09, 2009, 03:28 pm | 9999-000 | | 4,502.61 | 0.00 |

| Account *******6008 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 4,500.00 | 0 | Checks | 0.00 |
| | 10 | Interest Postings | 2.61 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 4,502.61 |
| | | Subtotal | $ 4,502.61 | | | |
| | | | | | Total | $ 4,502.61 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 4,502.61 | | | |

FORM 2     Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-12926 -PSH | |
| Case Name: | FINKELSTEIN, ERIC D. | |
| Taxpayer ID No: | *******2563 | |
| For Period Ending: | 05/26/09 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******6134 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/09/09 | | Transfer from Acct #*******6008 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecbApril 09, 2009, 03:28 pm | 9999-000 | 4,502.61 | | 4,502.61 |
| 04/21/09 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Final Compensation | 2100-000 | | 1,125.62 | 3,376.99 |
| 04/21/09 | 001002 | Joseph A. Baldi, as Trustee<br>19 S. LaSalle Street Suite 1500<br>Chicago Illinois 60603 | Trustee's Expenses | 2200-000 | | 49.40 | 3,327.59 |
| 04/21/09 | 001003 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 8.46% | 7100-000 | | 219.40 | 3,108.19 |
| 04/21/09 | 001004 | US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000003, Payment 8.46% | 7100-900 | | 816.91 | 2,291.28 |
| 04/21/09 | 001005 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000004, Payment 8.46% | 7100-900 | | 272.15 | 2,019.13 |
| 04/21/09 | 001006 | Capital Recovery II, assignee<br>For GE Money Bank<br>dba SAMS CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000005, Payment 8.46% | 7100-900 | | 62.73 | 1,956.40 |
| 04/21/09 | 001007 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000002, Payment 8.46% | 7100-900 | | 141.57 | 1,814.83 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 10)*     Ver: 14.30d

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-12926 -PSH |
| Case Name: | FINKELSTEIN, ERIC D. |
| Taxpayer ID No: | *******2563 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6134  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/09 | 001008 | E*Trade<br>Po Box 23356<br>Pittsburgh , PA 15222 | Claim 000006, Payment 8.46% | 7100-900 | | 1,814.83 | 0.00 |

```
                     Account   *******6134         Balance Forward         0.00
                                            0       Deposits               0.00      8   Checks              4,502.61
                                            0       Interest Postings      0.00      0   Adjustments Out         0.00
                                                                                     0   Transfers Out           0.00
                                                    Subtotal         $     0.00
                                                                                         Total         $    4,502.61
                                            0       Adjustments In         0.00
                                            1       Transfers In       4,502.61

                                                    Total             $ 4,502.61


                     Report Totals                  Balance Forward        0.00
                                            2       Deposits           4,500.00      8   Checks              4,502.61
                                           10       Interest Postings      2.61      0   Adjustments Out         0.00
                                                                                     1   Transfers Out       4,502.61
                                                    Subtotal         $ 4,502.61
                                                                                         Total         $    9,005.22
                                            0       Adjustments In         0.00
                                            1       Transfers In       4,502.61

                                                    Total             $ 9,005.22         Net Total Balance  $    0.00
```